```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE F05-0023--CV (RRB)
                 "FAIRBANKS INVESTORS INC V U.S. DEPT OF AGRICU"

              Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/16/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (190) Other contract actions

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Waived
          Trial by:
```

Parties of Record:                                  Counsel of Record:

PLF 1.1            FAIRBANKS INVESTORS INC          John J. Burns
                                                    Borgeson & Burns
                                                    100 Cushman Street, Suite 311
                                                    Fairbanks, AK 99701
                                                    907-452-1666
                                                    FAX 907-456-5055

DEF 1.1            U.S. DEPT OF AGRICULTURE, FARM   Daniel R. Cooper
                   SERVICE AGENCY                   U.S. Attorney's Office
                                                    222 W. 7th Avenue, #9
                                                    Anchorage, AK 99513-7567
                                                    907-271-5071
                                                    FAX 907-271-2344

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE F05-0023--CV (RRB)
                    "FAIRBANKS INVESTORS INC V U.S. DEPT OF AGRICU"

                                  For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/16/05
            Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (190) Other contract actions

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Waived
           Trial by:
```

```
Document #   Filed      Docket text

    1 -  1   09/16/05   DEF 1 Notice of Removal from Superior Crt for State of AK at Fairbanks
                        case no. 4FA-05-1971CI w/att exhs.

    2 -  1   09/22/05   RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                        file w/i 10 days copies of state crt docs & svc list. cc: cnsl

    3 -  1   10/05/05   DEF 1 Service List.

    4 -  1   10/05/05   DEF 1 Notice of compliance w/att exhs.

    5 -  1   11/08/05   RRB Minute Order that parties shall file a status report on case nlt
                        11-21-05.  cc: cnsl; Judge Beistline.

    6 -  1   11/21/05   DEF 1 Response to Order: USA will file an answer within 15 days.
```