AO 441 (Rev.5/85) Third Party Summons in a Civil Action

FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC 22 PM 2: 28

# United States District Court
## DISTRICT OF ALASKA

**PLAINTIFF**
FAIRBANKS INVESTORS, INC.,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**
UNITED STATES DEPT. OF AGRICULTURE, FARM SERVICE AGENCY,

**CASE NUMBER** F05-023 CV (RRB)

**V. THIRD PARTY DEFENDANT**

LYALL BRASIER aka LYALL R. BRASIER, JR. aka LYALL RAYMOND BRASIER, JR. and

JEANETTE BRASIER aka JEANETTE E. BRASIER aka JEANETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC.

**To: Name and address of Third Party Defendant)**
VANDER WEELE FARMS
P O BOX 461
PALMER, AK 99645

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

JOHN J. BURNS
BORGESON & BURNS PC
100 CUSHMAN STREET #311
FAIRBANKS, AK 99701

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY** (name and address)

DANIEL R. COOPER, JR.
ASSISTANT US ATTORNEY
US ATTORNEY'S OFFICE
222 W. SEVENTH AVE #9 RM. 253
ANCHORAGE, AK 99513-7567

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless*(1) this is a case within Rule 9 (h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14 (c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**CLERK** IDA ROMACK

**DATE** December 8, 2005

(By) DEPUTY CLERK

AO 441 (Rev. 5/85)   Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  DECEMBER 19, 2005 |
| NAME OF SERVER  JOY McCULLOCH | TITLE  LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): THIRD PARTY SUMMONS & THIRD PARY COMPLAINT SERVED VIA CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/05
                Date

Signature of Server  *Joy McCulloch*

222 W 7th Ave., #253, Anchorage, AK  99513
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.90 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | 1.75 |
| Total Postage & Fees | $ 6.95 |

Postmark Here  12/8/05

Sent To: Vander Weele Farms
Street, Apt. No.; or PO Box No.: P. O. Box 461
City, State, ZIP+4: Palmer, AK 99645

PS Form 3800, January 2001    See Reverse for Instructions

7001 2510 0002 1406 6094

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vander Weele Farms
P O Box 461
Palmer, AK 99645

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Sues Vander Weele
C. Date of Delivery: 12-19-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0002 1406 6094

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

I declare under penalty of perjury that a true and correct copy of the Third Party Summons was sent to the following counsel of record on December 22, 2005, via:

      ( X ) U.S. Mail

John J. Burns
Borgeson & Burns, PC
100 Cushman Street #311
Fairbanks, AK 99701


Executed at Anchorage, Alaska, on December 22, 2005

_K Joy McCulloch_
Office of the U.S. Attorney