AO 441 (Rev.5/85) Third Party Summons in a Civil Action

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 PM 2:20

# United States District Court
## DISTRICT OF ALASKA

**PLAINTIFF**
FAIRBANKS INVESTORS, INC.,

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**
UNITED STATES DEPT. OF AGRICULTURE, FARM SERVICE AGENCY,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER F05-023 CV (RRB)

**V. THIRD PARTY DEFENDANT**

LYALL BRASIER aka LYALL R. BRASIER, JR. aka LYALL RAYMOND BRASIER, JR. and

JEANETTE BRASIER aka JEANETTE E. BRASIER aka JEANETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC.

To: Name and address of Third Party Defendant)
LYALL RAYMOND BRASIER, JR.
PO BOX 483
DELTA JUNCTION, AK 99737

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

JOHN J. BURNS
BORGESON & BURNS PC
100 CUSHMAN STREET #311
FAIRBANKS, AK 99701

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY** (name and address)

DANIEL R. COOPER, JR.
ASSISTANT US ATTORNEY
US ATTORNEY'S OFFICE
222 W. SEVENTH AVE #9 RM. 253
ANCHORAGE, AK 99513-7567

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9 (h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14 (c), Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

IDA ROMACK
CLERK

(By) DEPUTY CLERK

DATE
DEC 0 5 2005

AO 441 (Rev. 5/85)  Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | DECEMBER 13, 2005 |
| NAME OF SERVER | TITLE |
| JOY McCULLOCH | LEGAL ASSISTANT |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): THIRD PARTY SUMMONS & THIRD PARTY COMPLAINT SERVED VIA CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/05
                Date

Signature of Server  *Joy McCulloch*

222 W. 7th Ave., Rm 253, Anchorage, AK  99513
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Z 262 264 249

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse).

| | |
|---|---|
| Sent to | Lyall Raymond Brasier, Jr. |
| Street & Number | P O Box 483 |
| Post Office, State, & ZIP Code | Delta Junction, AK 99737 |
| Postage | $ 2.90 |
| Certified Fee | 2.30 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.75 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 6.95 |
| Postmark or Date | 12/1●/05 |

PS Form 3800, April 1995

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lyall Raymond Brasier, Jr.
   P O Box 483
   Delta Junction, AK  99737

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]       ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   [signature]                    DEC 1? 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   Z 262 264 249

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

I declare under penalty of perjury that a true and correct copy of the Third Party Summons was sent to the following counsel of record on December 22, 2005, via:

(X) U.S. Mail

John J. Burns
Burgeson & Burns, PC
100 Cushman Street #311
Fairbanks, AK 99701

Executed at Anchorage, Alaska, on December 22, 2005

*/s/ Joy McCulloch*
Office of the U.S. Attorney