DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, # 9, Rm. 253
Anchorage, Alaska 99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant/Third Party Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC., | Case No. 4:05-cv-23-RRB |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, | **AFFIDAVIT FOR ENTRY OF DEFAULT AGAINST FAIRBANKS INVESTORS, INC.** |
| Defendant. | |
| UNITED STATES OF AMERICA | |
| Third Party Plaintiff, | |
| v. | |
| LYALL BRASIER *aka* LYALL R. BRASIER, JR. *aka* LYALL RAYMOND BRASIER, JR. and JEANETTE BRASIER *aka* JEANETTE E. BRASIER *aka* | |

| | |
|---|---|
| JEANETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC., | )<br>)<br>)<br>)<br>) |
| Third Party Defendants. | )<br>) |

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

Daniel R. Cooper, Jr., being first duly sworn, deposes and says:

1.  I am an Assistant United States Attorney for the Third Party Plaintiff, United States of America, in the above-entitled action.

2.  On December 5, 2005, the Answer, Cross Claim, and Third Party Complaint for Foreclosure on Personal Property was sent to John J. Burns, Attorney for Fairbanks Investors, Inc. by U. S. Mail.

3.  The time within which Mr. Burns as attorney for Third Party Defendant, Fairbanks Investors, Inc., could plead in or otherwise defend this action has expired without such action by Third-Party Defendant.

4.  Application for entry of default of Third Party Defendant Fairbanks Investors, Inc. is being made by Third-Party Plaintiff based on Third

Party-Defendant's failure to plead in or otherwise defend this action.

5. To the best of my knowledge, Third-Party Defendant is not an infant or an incompetent.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DANIEL R. COOPER, JR.

SUBSCRIBED AND SWORN TO before me this 25th day of May, 2006, in Anchorage, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My commission expires: _____