DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, # 9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant/Third Party Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC., ) | |
| ) | Case No. 4:05-cv-23-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | **MOTION FOR ENTRY** |
| AGRICULTURE, FARM SERVICE ) | **OF DEFAULT AGAINST** |
| AGENCY, ) | **VANDER WEELE FARMS** |
| ) | |
| Defendant. ) | |
| _____) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Third Party Plaintiff, ) | |
| v. ) | |
| ) | |
| LYALL BRASIER *aka* LYALL R. ) | |
| BRASIER, JR. *aka* LYALL RAYMOND ) | |
| BRASIER, JR. and JEANETTE BRASIER ) | |
| *aka* JEANETTE E. BRASIER *aka* ) | |

| | |
|---|---|
| JEANETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC., | ) ) ) ) ) |
| Third Party Defendants. | ) |

NOW COMES the Defendant/Third Party Plaintiff, United States of America, Farm Service Agency, (FSA) by Assistant United States Attorney Daniel R. Cooper, Jr., pursuant to Civ.R. 55(b), and requests that this court enter the default of Vander Weele Farms for failure to plead in or otherwise defend this action, as stated in the attached Affidavit of counsel.

RESPECTFULLY SUBMITTED on May 25, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2006,
a copy of the foregoing Motion for Entry of
Default Against Vander Weele Farms was
served electronically on John J. Burns

and by U. S. Mail on
Vander Weele Farms
P O Box 461
Palmer, AK 99645

s/ Daniel R. Cooper, Jr.