DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, # 9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant/Third Party Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC., ) | |
| ) | Case No. 4:05-cv-23-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | **AFFIDAVIT FOR ENTRY** |
| AGRICULTURE, FARM SERVICE ) | **OF DEFAULT AGAINST** |
| AGENCY, ) | **VANDER WEELE FARMS** |
| ) | |
| Defendant. ) | |
| _____) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Third Party Plaintiff, ) | |
| v. ) | |
| ) | |
| LYALL BRASIER *aka* LYALL R. ) | |
| BRASIER, JR. *aka* LYALL RAYMOND ) | |
| BRASIER, JR. and JEANETTE BRASIER ) | |
| *aka* JEANETTE E. BRASIER *aka* ) | |

| | |
|---|---|
| JEANETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC., | ) ) ) ) ) ) |
| Third Party Defendants. | ) |

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

Daniel R. Cooper, Jr., being first duly sworn, deposes and says:

1. I am an Assistant United States Attorney for the Third Party Plaintiff, United States of America, in the above-entitled action.

2. As evidenced by the attached Return of Service, service was had by personal service, on Third-Party Defendant Vander Weele Farms on December 19, 2005.

3. The time within which Third Party Defendant could plead in or otherwise defend this action has expired without such action by Third-Party Defendant.

4. Application for entry of default of Third Party Defendant Vander Weele Farms is being made by Third-Party Plaintiff based on Third Party-Defendant's failure to plead in or otherwise defend this action.

5.   To the best of my knowledge, Third-Party Defendant is not an infant or an incompetent.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DANIEL R. COOPER, JR.

SUBSCRIBED AND SWORN TO before me this 25th day of May, 2006, in Anchorage, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My commission expires: 9/1/06