# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FAIRBANKS INVESTORS | v. | UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY |
| UNITED STATES OF AMERICA<br>Third Party Plaintiff | v. | LYALL BRASIER, et al<br>Third Party Defendants |

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                CASE NO.  4:05-cv-00023-RRB

 CAROLYN BOLLMAN 

PROCEEDINGS: **CLERK'S NOTICE**                    DATE: June 2, 2006

    It appearing from the records in the above-entitled action summons issued on the complaint has been served pursuant to Federal Rules of Civil Procedure upon the below named defendant(s); and it appearing from the affidavit of counsel for third party plaintiff and the records herein that the below named defendant(s) has failed to plead or otherwise defend in said action as required by said summons and provided for by the Federal Rules of Civil Procedure,

    Now, therefore, on request of counsel for third party plaintiff, the DEFAULT as aforesaid, of each of the following third party defendant(s): Fairbanks Investors, Inc., and Vander Weele Farms in the above-entitled action is hereby entered.

[ ]{CLERKNOT.WPD*Rev.09/00}