Case 4:05-cv-00023-RRB    Document 12    Filed 05/25/2006    Page 1 of 3

DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, # 9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant/Third Party Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FAIRBANKS INVESTORS, INC., | ) | |
| | ) | Case No. 4:05-cv-23-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | **MOTION FOR ENTRY** |
| AGRICULTURE, FARM SERVICE | ) | **OF DEFAULT AGAINST** |
| AGENCY, | ) | **FAIRBANKS INVESTORS,** |
| | ) | **INC.** |
| Defendant. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| LYALL BRASIER *aka* LYALL R. | ) | |
| BRASIER, JR. *aka* LYALL RAYMOND | ) | |
| BRASIER, JR. and JEANETTE BRASIER | ) | |
| *aka* JEANETTE E. BRASIER *aka* | ) | |

EXHIBIT A

JEANETTE ELAINE BRASIER,                )
Husband and Wife; VANDER                )
WEELE FARMS; and FAIRBANKS              )
INVESTORS, INC.,                        )
                                        )
          Third Party Defendants.       )

NOW COMES the Defendant/Third Party Plaintiff, United States of

America, Farm Service Agency, (FSA) by Assistant United States Attorney Daniel

R. Cooper, Jr., pursuant to Civ.R. 55(b), and requests that this court enter the

default of Fairbanks Investors, Inc. for failure to plead in or otherwise defend this

action, as stated in the attached Affidavit of counsel.

          RESPECTFULLY SUBMITTED on May 25, 2006.

                              DEBORAH M. SMITH
                              Acting United States Attorney

                              s/ Daniel R. Cooper, Jr.
                              Assistant U. S. Attorney
                              222 West 7th Ave., #9, Rm. 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-3376
                              Fax: (907) 271-2344
                              E-mail: Daniel.Cooper@usdoj.gov
                              AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2006,
a copy of the foregoing Motion for Entry of
Default Against Fairbanks Investors, Inc. was
served electronically on John J. Burns — *mailed 5/26/06*


s/ Daniel R. Cooper, Jr. _____

DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, # 9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant/Third Party Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FAIRBANKS INVESTORS, INC., )
)  Case No. 4:05-cv-23-RRB
          Plaintiff, )
)
     v. )
)
UNITED STATES DEPARTMENT OF )  **AFFIDAVIT FOR ENTRY**
AGRICULTURE, FARM SERVICE )  **OF DEFAULT AGAINST**
AGENCY, )  **FAIRBANKS INVESTORS,**
)  **INC.**
          Defendant. )
_____)
UNITED STATES OF AMERICA )
)
          Third Party Plaintiff, )
     v. )
)
LYALL BRASIER *aka* LYALL R. )
BRASIER, JR. *aka* LYALL RAYMOND )
BRASIER, JR. and JEANETTE BRASIER )
*aka* JEANETTE E. BRASIER *aka* )

JEANETTE ELAINE BRASIER,          )
Husband and Wife; VANDER          )
WEELE FARMS; and FAIRBANKS        )
INVESTORS, INC.,                  )
                                  )
        Third Party Defendants.   )

---

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

Daniel R. Cooper, Jr., being first duly sworn, deposes and says:

1.    I am an Assistant United States Attorney for the Third Party Plaintiff,

      United States of America, in the above-entitled action.

2.    On December 5, 2005, the Answer, Cross Claim, and Third Party

      Complaint for Foreclosure on Personal Property was sent to John J.

      Burns, Attorney for Fairbanks Investors, Inc. by U. S. Mail.

3.    The time within which Mr. Burns as attorney for Third Party

      Defendant, Fairbanks Investors, Inc., could plead in or otherwise

      defend this action has expired without such action by Third-Party

      Defendant.

4.    Application for entry of default of Third Party Defendant Fairbanks

      Investors, Inc. is being made by Third-Party Plaintiff based on Third

Fairbanks Investors v USDA, et.al.
4:05-cv-023-RRB                          -2-

Party-Defendant's failure to plead in or otherwise defend this action.

5.     To the best of my knowledge, Third-Party Defendant is not an infant

or an incompetent.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DANIEL R. COOPER, JR.

SUBSCRIBED AND SWORN TO before me this 25th day of May, 2006, in Anchorage, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My commission expires: _____