FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JUN 13 PM 2: 03

John J. Burns
Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK  99701
T: (907) 452-1666
F: (907) 456-5055

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC.    ) | |
| ) | |
| Plaintiff,    ) | |
| v.    ) | |
| ) | |
| UNITED STATES DEPARTMENT    ) | |
| OF AGRICULTURE, FARM    ) | |
| SERVICE AGENCY,    ) | |
| ) | Case No. F05-0023CV (RRB) |
| Defendant.    ) | |
| _____) | |
| UNITED STATES OF AMERICA    ) | |
| ) | |
| Third Party Plaintiff,    ) | |
| ) | |
| v.    ) | |
| ) | |
| LYALL BRASIER *aka* LYALL R.    ) | |
| BRASIER, JR *aka* LYALL RAYMOND ) | |
| BRASIER, Jr. and JEANNETTE    ) | |
| BRASIER aka JEANNETTE E.    ) | |
| BRASIER aka JEANNETTE ELAINE ) | |
| BRASIER, Husband and Wife;    ) | |
| VANDER WEELE FARMS; and    ) | |
| FAIRBANKS INVESTORS, INC.,    ) | |
| ) | |
| Third Party Defendants.    ) | |
| _____) | |

### OPPOSITION TO MOTION FOR ENTRY OF DEFAULT
### AGAINST FAIRBANKS INVESTORS, INC.

COMES NOW, Third Party Defendant, Fairbanks Investors, Inc., by and

through counsel and hereby opposes the United States Department of Agriculture,

Farm Service Agency's (FSA's) *Motion for Entry of Default*. An Answer has been filed on behalf of Third Party Defendants, Fairbanks Investors, Inc. and since virtually the entirety of the Cross-Claim and Third Party Complaint as filed by the FSA focuses upon Third Party Defendants Lyall and Jeanette Brasier, Fairbanks Investors, Inc. is only an ancillary party in that regard. Likewise, based on the fact that Fairbanks Investors, Inc.'s original complaint in this matter seeks a declaratory judgment asserting a storage lien based on the fact that the equipment in which the FSA asserts a security interest continued to be stored on the premises despite Fairbanks Investors having acquired title to the underlying real estate, the substance of that claim remains to be litigated. The relief requested by the FSA in its cross-claim and third party complaint against Fairbanks Investors is inappropriate in this regard.

Finally, based on the fact that an Answer has been filed in this matter and the parties' Case Scheduling & Planning Conference Report is due on July 3, 2006, the FSA is in no way prejudiced by the court denying the Motion for Default.

Respectfully submitted this 12th day of June, 2006, at Fairbanks, Alaska.

BORGESON & BURNS, PC
Attorney(s) for Fairbanks Investors, Inc.

By: _____
John J. Burns
ABA: 8601008

**Certificate of Service**

I hereby certify that on the ___13___ day of June, 2006 a true and correct copy of the foregoing document was provided to the following attorneys/parties of record:

☑ Mail  ☐ Hand Delivery  ☐ Courier  ☑ Telefax

    Daniel R. Cooper, Jr.
    Assistant U.S. Attorney
    Federal Building & U.S. Courthouse
    220 West Seventh Avenue, #9, Room 253
    Anchorage, AK 99513-7567
    (907) 271-2344

By:_____
    Legal Secretary
F:\305493\2\AMM\7434.DOC

**Opposition to Motion for Entry of Default**
Fbks Investors v. USDA
F05-0023CV (RRB)
Page 3 of 3