DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109


Attorneys for Defendant/Third Party
Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FAIRBANKS INVESTORS, INC.,        ) | | |
|           Plaintiff,              ) | Case No.   4:05-cv-0023-RRB | |
|       vs.                         ) | | |
| UNITED STATES DEPARTMENT          ) | | |
| OF AGRICULTURE, FARM              ) | | |
| SERVICE AGENCY,                   ) | | |
|           Defendant,              ) | **SCHEDULING AND PLANNING** | |
|                                   ) | **CONFERENCE REPORT** | |
| UNITED STATES OF AMERICA,         ) | | |
|           Third Party             ) | | |
|           Plaintiff,              ) | | |
|       vs.                         ) | | |

```
LYALL BRASIER aka LYALL R.        )
BRASIER, JR. aka LYALL            )
RAYMOND BRASIER, JR. and          )
JEANETTE BRASIER aka              )
JEANETTE E. BRASIER aka           )
JEANETTE ELAINE BRASIER,          )
Husband and Wife; VANDER          )
WEELE FARMS, and FAIRBANKS        )
INVESTORS, INC.,                  )
            Third Party           )
            Defendants.           )
```

  Daniel R. Cooper, Jr.  attorney for US Dept. of Ag., FSA

  Barry Jackson  attorney for Lyall and Jeanette Brasier

  John Burns  attorney for Fairbanks Investors, Inc.

The parties recommend the following:

2. **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

  ___  have been exchanged by the parties

  _X_  will be exchanged by the parties by July 31, 2006.

  Proposed changes to disclosure requirements:  (*Insert proposed changes, if any*)

  Preliminary witness lists

  ___  have been exchanged by the parties

  _X_  will be exchanged by the parties by August 15, 2006.

3. **Contested Issues of Fact and Law**.  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Liability and damages.

4.  **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues:

   Liability and damages.

   B. All discovery commenced in time to be completed by October 31, 2006  ("discovery close date").

   C.  Limitations on Discovery.

   1.  Interrogatories

      _X_  No change from F.R.Civ.P. 33(a)

      Maximum of ___   ___ by each party to any other party.

      Responses due in ___ days.

   2.  Requests for Admissions.

      _X_  No change from F.R.Civ.P. 36(a).

      Maximum of ___   ___ requests.

      Responses due in ___ days.

   3.  Depositions.

      _X_  No change from F.R.Civ.P. 36(a), (d).

        ___ Maximum of ___ depositions by each party.

        Depositions not to exceed ___ hours unless agreed to by all parties.

D.    Reports from retained experts.

    ___ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

    _X_ Reports due:

    From plaintiff October 31, 2006     From defendant October 31, 2006

E.    Supplementation of disclosures and discovery responses are to be made:

    _X_ Periodically at 30-day intervals from the entry of scheduling and planning order.

    ___ As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    ___ 45 days prior to the close of discovery.

    _X_ Not later than October 31, 2006.

5.   **Pretrial Motions**.

    _X_ No change from D.Ak. LR 16.1(c).

    The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

  ___ Motions to amend pleadings or add parties to be filed not later than (*insert date*).

  ___ Motions under the discovery rules must be filed not later than (*insert date*).

  ___ Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

 A. _X_ The parties do not request a conference with the court before the entry of the scheduling order.

  ___ The parties request a scheduling conference with the court on the following issue(s):

  (*Insert issues on which a conference is requested*)

 B.   Alternative Dispute Resolution. [D.Ak. LR 16.2]

  ___ This matter is not considered a candidate for court-annexed alternative dispute resolution.

  _X_ The parties will file a request for alternative dispute resolution not later than July 31, 2006.

   ___ Mediation   _X_ Early Neutral Evaluation

 C.   The parties   do   _X_ not consent to trial before a magistrate judge.

 D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

  _X_ Parties will comply by July 15, 2006    ___ Compliance not required by any party

7. **Trial**.

A. The matter will be ready for trial:

    ___ 45 days after the discovery close date.

    _X_ not later than January 1, 2007.

B. This matter is expected to take __3__ days to try.

C. Jury Demanded    _X_ Yes    ___ No

Right to jury trial disputed?    _X_ Yes    ___ No

Dated: 6/29/06

    DEBORAH M. SMITH
    Acting United States Attorney

    by: _s/ Daniel R. Cooper, Jr._
    Daniel R. Cooper, Jr.
    Asst. United States Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    daniel.cooper@usdoj.gov
    AK #8211109

    by: _s/ Barry Jackson (consent)_
    Barry Jackson
    Attorney for Lyall and Jeanette Brasier
    P O Box 70348
    Fairbanks, AK 99707
    barryjackson99709@mosquitonet.com
    AK #5902006

BORGESON & BURNS, P.C.

by:  s/ John J. Burns (consent)
John J. Burns
Attorney for Fairbanks Investors, Inc.
100 Cushman St., #311
Fairbanks, AK 99701
jburns@bnblaw.com
AK #8601002