FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 AUG 17 PM 3:24

John J. Burns
Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
T: (907) 452-1666
F: (907) 456-5055

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FAIRBANKS INVESTORS, INC.

Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY,

Defendant.

UNITED STATES OF AMERICA

Third Party Plaintiff,

v.

LYALL BRASIER *aka* LYALL R. BRASIER, JR *aka* LYALL RAYMOND BRASIER, Jr. and JEANNETTE BRASIER aka JEANNETTE E. BRASIER aka JEANNETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC.,

Third Party Defendants.

Case No. F05-0023CV (RRB)

**STIPULATED MOTION FOR STAY OF PRETRIAL DEADLINES PENDING SETTLEMENT NEGOTIATIONS**

The parties, by and through undersigned counsel, hereby stipulate and agree to stay all pending pretrial deadlines in the above referenced action. The parties are

currently involved in on-going settlement discussions and in the interest of avoiding any unnecessary time and expense in litigating this matter, the parties hereby stipulate and agree to extend those deadlines set forth in the parties' Scheduling and Planning Report filed with the court on June 29, 2006 for a period of sixty (60) days to allow the parties to further pursue settlement in this matter.

DATED this 17th day of August, 2006, at Fairbanks, Alaska.

BORGESON & BURNS, P.C.
Attorney(s) for Plaintiff and
Third-Party Defendant, Fairbanks Investors

By: ______________________
John J. Burns
ABA#: 8601002

DATED this 17th day of August, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney
Attorney(s) for Defendant and Third-Party
Plaintiff, USDA, Farm Service Agency

By: ______________________ (for) (via e-mail authority)
Daniel R. Cooper, Jr.
ABA#: 8211109

DATED this 17th day of August, 2006, at Fairbanks, Alaska.

BARRY JACKSON
Attorney for Third-Party Defendants
Lyall and Jeanette Brasier

By: ______________________
Barry Jackson
ABA#: 5902006

F:\305493\2\AMM8234.DOC