Case 4:05-cv-00023-RRB   Document 21-2   Filed 08/17/2006   Page 1 of 2

```
                                            LODGED
                                          AUG 1 7 2006
John J. Burns
Borgeson & Burns, PC                      FAIRBANKS
100 Cushman Street, Suite 311
Fairbanks, AK  99701
T: (907) 452-1666
F: (907) 456-5055
```

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, FARM ) | |
| SERVICE AGENCY, ) | |
| ) | Case No. F05-0023CV (RRB) |
| Defendant. ) | |
| _____) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Third Party Plaintiff, ) | |
| v. ) | |
| ) | |
| LYALL BRASIER *aka* LYALL R. ) | |
| BRASIER, JR *aka* LYALL RAYMOND ) | |
| BRASIER, Jr. and JEANNETTE ) | |
| BRASIER *aka* JEANNETTE E. ) | |
| BRASIER *aka* JEANNETTE ELAINE ) | |
| BRASIER, Husband and Wife; ) | |
| VANDER WEELE FARMS; and ) | |
| FAIRBANKS INVESTORS, INC., ) | |
| ) | |
| Third Party Defendants. ) | |
| _____) | |

### ORDER STAYING PRETRIAL DEADLINES
### PENDING SETTLEMENT NEGOTIATIONS

Having considered the parties' Stipulated Motion for Stay of Pretrial Deadlines

Pending Settlement Negotiations;

**Order Staying Pretrial Deadlines**
Fairbanks Investors v. USDA
F05-0023CV (RRB)
Page 1 of 2

IT IS HEREBY ORDERED that all pretrial deadlines shall be stayed for sixty (60) days to allow for settlement negotiations in the above referenced matter.

DATED this _____ day of August, 2006, at Fairbanks, Alaska.

_____
Ralph R. Beistline
U. S. DISTRICT COURT JUDGE

**Certificate of Service**
I hereby certify that on the 17 day of August, 2006 a true and correct copy of the foregoing document was provided to the following attorneys/parties of record:

☑ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax
   Daniel R. Cooper, Jr.
   Assistant U.S. Attorney
   Federal Building & U.S. Courthouse
   220 West Seventh Avenue, #9, Room 253
   Anchorage, AK  99513-7567
   (907) 271-2344

☑ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax
   Barry Jackson
   Law Offices of Barry W. Jackson
   527 Fourth Avenue, Suite 203
   Fairbanks, AK  99701
   (907) 456-8005

By:_____
   Legal Secretary
F:\305493\2\AMM8278.DOC

**Order Staying Pretrial Deadlines**
Fairbanks Investors v. USDA
F05-0023CV (RRB)
Page 2 of 2