John J. Burns
Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
T: (907) 452-1666
F: (907) 456-5055

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC.       )<br>                                 )<br>            Plaintiff,            )<br>                                 )<br>    v.                           )<br>                                 )<br>UNITED STATES DEPARTMENT         )<br>OF AGRICULTURE, FARM             )<br>SERVICE AGENCY,                  )<br>                                 )<br>            Defendant.            )<br>_____)<br>UNITED STATES OF AMERICA         )<br>                                 )<br>            Third Party Plaintiff,)<br>    v.                           )<br>                                 )<br>LYALL BRASIER aka LYALL R.       )<br>BRASIER, JR aka LYALL RAYMOND   )<br>BRASIER, Jr. and JEANNETTE       )<br>BRASIER aka JEANNETTE E.         )<br>BRASIER aka JEANNETTE ELAINE     )<br>BRASIER, Husband and Wife;       )<br>VANDER WEELE FARMS; and          )<br>FAIRBANKS INVESTORS, INC.,       )<br>                                 )<br>            Third Party Defendants.)<br>_____)  | Case No. F05-0023CV (RRB) |

### ORDER STAYING PRETRIAL DEADLINES
### PENDING SETTLEMENT NEGOTIATIONS

Having considered the parties' Stipulated Motion for Stay of Pretrial Deadlines

Pending Settlement Negotiations;

**Order Staying Pretrial Deadlines**
Fairbanks Investors v. USDA
F05-0023CV (RRB)
Page 1 of 2

IT IS HEREBY ORDERED that all pretrial deadlines shall be stayed for sixty (60) days to allow for settlement negotiations in the above referenced matter.

DATED this \_\_\_\_ day of August, 2006, at Fairbanks, Alaska.

REDACTED SIGNATURE

Ralph R. Beistline
U. S. DISTRICT COURT JUDGE