John J. Burns
Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK  99701
T: (907) 452-1666
F: (907) 456-5055

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, FARM ) | |
| SERVICE AGENCY, ) | |
| ) | Case No. F05-0023CV (RRB) |
| Defendant. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LYALL BRASIER *aka* LYALL R. ) | |
| BRASIER, JR *aka* LYALL RAYMOND ) | |
| BRASIER, Jr. and JEANNETTE ) | |
| BRASIER aka JEANNETTE E. ) | |
| BRASIER aka JEANNETTE ELAINE ) | |
| BRASIER, Husband and Wife; ) | |
| VANDER WEELE FARMS; and ) | |
| FAIRBANKS INVESTORS, INC., ) | |
| ) | |
| Third Party Defendants. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff and Third Party Defendant, Fairbanks Investors, Inc.

and Defendant and Third Party Plaintiff, United States Department of Agriculture,

Farm Services Agency, by and through undersigned counsel, and hereby stipulate and agree that all claims in this matter asserted by or in any way involving Plaintiff and Third Party Defendant, Fairbanks Investors, Inc. and Defendant and Third Party Plaintiff, United States Department of Agriculture, Farm Services Agency, be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Third Party Plaintiff, United States of America, reserves any and all claims it may have against Third Party Defendants, Lyall Raymond Brasier, Jeannette Elaine Brasier, and Vander Weele Farms.

Respectfully submitted this 18 day of October, 2006, at Fairbanks, Alaska.

BORGESON & BURNS, PC
Attorney(s) for Fairbanks Investors, Inc.

By: _____
John J. Burns
ABA: 8601002

Respectfully submitted this 19th day of October, 2006, at Fairbanks, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY
Attorney(s) for Defendant and Third-Party Plaintiff, USDA, Farm Service Agency

By: _____
Daniel R. Cooper, Jr.
ABA#: 8211109

**Certificate of Service**
I hereby certify that on the ___ day of October, 2006
a true and correct copy of the foregoing document was
provided to the following attorneys/parties of record:

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax  ☒ Electronic
Barry Jackson
Law Offices of Barry W. Jackson
527 Fourth Avenue, Suite 203
Fairbanks, AK 99701
(907) 456-8005

By: _____ /US Attorney's office
    Legal Secretary
F:\305493\2\00001738.DOC

**Stipulation for Dismissal With Prejudice**
Fairbanks Investors v. USDA
F05-0023CV (RRB)
Page 3 of 3