John J. Burns
Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK  99701
T: (907) 452-1666
F: (907) 456-5055

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC. ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF AGRICULTURE, FARM ) <br> SERVICE AGENCY, ) <br> ) <br> Defendant. ) <br>_____) <br> UNITED STATES OF AMERICA ) <br> ) <br> Third Party Plaintiff, ) <br> v. ) <br> ) <br> LYALL BRASIER *aka* LYALL R. ) <br> BRASIER, JR *aka* LYALL RAYMOND ) <br> BRASIER, Jr. and JEANNETTE ) <br> BRASIER aka JEANNETTE E. ) <br> BRASIER aka JEANNETTE ELAINE ) <br> BRASIER, Husband and Wife; ) <br> VANDER WEELE FARMS; and ) <br> FAIRBANKS INVESTORS, INC., ) <br> ) <br> Third Party Defendants. ) <br>_____) | Case No. F05-0023CV (RRB) |

## ORDER FOR DISMISSAL

Based on the *Stipulation for Dismissal with Prejudice* filed by Plaintiff and

Third Party Defendant, Fairbanks Investors, Inc. and Defendant and Third Party

Plaintiff, United States Department of Agriculture, Farm Services Agency, all claims

of Plaintiff and Third Party Defendant, Fairbanks Investors, Inc. involving Defendant and Third Party Plaintiff, United States Department of Agriculture, Farm Services Agency are hereby ordered DISMISSED with prejudice, with each party to bear their own costs and attorney's fees.

This dismissal does not affect those claims Third Party Plaintiff, United States of America, may have against Third Party Defendants, Lyall Raymond Brasier, Jeannette Elaine Brasier, and Vander Weele Farms.

DATED this _____ day of _____, 2006, at Fairbanks, Alaska.

_____
Ralph R. Beistline
U. S. DISTRICT COURT JUDGE

**Certificate of Service**
I hereby certify that on the _19_ day of October, 2006 a true and correct copy of the foregoing document was provided to the following attorneys/parties of record:

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax  ☒ Electronic
Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
220 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
(907) 271-2344

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax
Barry Jackson
Law Offices of Barry W. Jackson
527 Fourth Avenue, Suite 203
Fairbanks, AK 99701
(907) 456-8005

By: _Owen Sunguitsh /US Attorney's office_
Legal Secretary
F:\305493\2\00001745.DOC

Order for Dismissal
Fairbanks Investors v. USDA
F05-0023CV (RRB)
Page 2 of 2