IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY,<br><br>    Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>LYALL BRASIER *aka* LYALL R. BRASIER, JR. *aka* LYALL RAYMOND BRASIER, JR. and JEANETTE BRASIER *aka* JEANETTE E. BRASIER *aka* JEANETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC.,<br><br>    Third Party Defendants. | Case No. 4:05-cv-00023-RRB<br><br>**ORDER SETTING STATUS AND SCHEDULING CONFERENCE** |

Upon motion of Defendant/Third Party Plaintiff, United States of America,

and the court being of the view that a Status and Scheduling Conference would

assist the court and parties in resolving the matter, it is hereby

ORDERED

      A Status and Scheduling conference shall be held on _____ , 2006, at \_\_\_ (a.m.) (p.m.), in Courtroom \_\_\_\_, _____, Alaska. The United States may attend telephonically.

_____

Date:                                            Ralph R. Beistline
                                                     United States District Court Judge