IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, <br><br> Defendant. <br><br> UNITED STATES OF AMERICA, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> LYALL BRASIER *aka* LYALL R. BRASIER, JR. *aka* LYALL RAYMOND BRASIER, JR. and JEANETTE BRASIER *aka* JEANETTE E. BRASIER *aka* JEANETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC., <br><br> Third Party Defendants. | Case No. 4:05-cv-00023-RRB <br><br> **ORDER SETTING STATUS AND SCHEDULING CONFERENCE** |

Upon motion of Defendant/Third Party Plaintiff, United States of America, and the court being of the view that a Status and Scheduling Conference would

assist the court and parties in resolving the matter, it is hereby

ORDERED

A Status and Scheduling conference shall be held on *November 9*, 2006, at *9:30* (a.m.) ~~(p.m.)~~, in Courtroom *1*, *Fairbanks*, Alaska. The United States may attend telephonically.

_10/23/06_  _S/RRB_
Date:  Ralph R. Beistline
United States District Court Judge