UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   BRASIER, et al.

DATE:   November 6, 2006      CASE NO.   4:05-cv-0023-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING HEARING**

---

Due to an ongoing civil jury trial, the status hearing scheduled in this matter for November 9, 2006, is **RESCHEDULED** and will be held on **Friday, December 1, 2006, at 9:00 a.m.**, in Courtroom 2 in **Anchorage, Alaska**.  Telephonic participation is available by contacting Carolyn Bollman at 907-451-5791.

M.O. RESCHEDULING HEARING