```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

  UNITED STATES OF AMERICA   vs.   LYALL BRASIER

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 4:05-cv-00023-RRB

DEPUTY CLERK/RECORDER:      ROBIN M. CARTER

APPEARANCES:   PLAINTIFF:   DANIEL COOPER

               DEFENDANT:   BARRY JACKSON - TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD 12/1/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

Court and counsel heard re status conference. Matter stayed until 4/15/07. Counsel to file notice of dismissal or notice for a status conference.

At 9:09 a.m. court adjourned.

DATE: December 1, 2006          DEPUTY CLERK'S INITIALS:   rmc