NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, # 9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant/Third Party Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, <br><br> Defendant. <br><br> UNITED STATES OF AMERICA, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> LYALL BRASIER aka LYALL R. BRASIER, JR. aka LYALL RAYMOND BRASIER, JR. and JEANETTE BRASIER aka JEANETTE E. BRASIER aka JEANETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC., <br><br> Third Party Defendants. | Case No. 4:05-cv-00023-RRB <br><br><br> **MOTION FOR DEFAULT JUDGMENT** <br><br> **(VANDER WEELE FARMS)** <br><br> **(Rule 55, F.R.Civ.P.)** |

The Defendant/Third Party Plaintiff, United States of America, Farm Service Agency, (FSA) by Assistant United States Attorney Daniel R. Cooper, Jr., Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, moves this Court for Default Judgment as prayed for in the complaint against Vander Weele Farms.  This motion is based on the record and file in the case and on the attached affidavit.

RESPECTFULLY SUBMITTED on July 26, 2007.

NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2007,
a copy of the foregoing Motion for Default
Judgment was served electronically on
Barry W. Jackson and by
U. S. Mail on:

John J. Burns
Borgeson & Burns
100 Cushman Street, Suite 311
Fairbanks, AK 99701

Vander Weele Farms
P O Box 461
Palmer, AK 99645

s/ Daniel R. Cooper, Jr.