NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, # 9, Rm. 253
Anchorage, Alaska 99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant/Third Party Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY,<br><br>    Defendant.<br>UNITED STATES OF AMERICA,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>LYALL BRASIER aka LYALL R. BRASIER, JR. aka LYALL RAYMOND BRASIER, JR. and JEANETTE BRASIER aka JEANETTE E. BRASIER aka JEANETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC.,<br><br>    Third Party Defendants. | Case No. 4:05-cv-00023-RRB<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>**(VANDER WEELE FARMS)**<br><br>**(Rule 55, F.R.Civ.P.)** |

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )ss. |
| THIRD JUDICIAL DISTRICT | ) |

DANIEL R. COOPER, JR., being duly sworn under oath, deposes and states as follows:

1. That I am the attorney for the Third Party Plaintiff in the above-entitled action.

2. That I have read the Complaint filed in this action and know the contents thereof.

3. That Third Party Defendant Vander Weele Farms has been properly served with the complaint, and has failed to appear or defend this action to foreclose their junior lien in the collateral described in the complaint. The Clerk of the Court has entered default against them at Docket 14.

4. That to my best information and belief, the defendant is not an infant or incompetent person and is not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DANIEL R. COOPER, JR.
Assistant U.S. Attorney

SUBSCRIBED AND SWORN TO before me this 26th day of July 2007, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: _____

Fairbanks Investors v USDA, et.al.
4:05-cv-00023-RRB                2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2007,
a copy of the foregoing Motion for Default
Judgment was served electronically on
Barry W. Jackson and by
U. S. Mail on:

John J. Burns
Borgeson & Burns
100 Cushman Street, Suite 311
Fairbanks, AK 99701

Vander Weele Farms
P O Box 461
Palmer, AK 99645

s/ Daniel R. Cooper, Jr.

.