IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY,<br><br>    Defendant.<br>UNITED STATES OF AMERICA,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>LYALL BRASIER aka LYALL R. BRASIER, JR. aka LYALL RAYMOND BRASIER, JR. and JEANETTE BRASIER aka JEANETTE E. BRASIER aka JEANETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC.,<br><br>    Third Party Defendants. | Case No. 4:05-cv-00023-RRB<br><br>ORDER FOR DISMISSAL |

The Court has received and reviewed the Status Report filed by

Defendant/Third Party Plaintiff, United States of America, Farm Service Agency, (FSA). The Court has not received any objection to the report. Based upon the Status Report, and the Court having heard no objection to the report, it is hereby

ORDERED, that the Third Party Complaint against LYALL BRASIER aka LYALL R. BRASIER, JR. aka LYALL RAYMOND BRASIER, JR. and JEANETTE BRASIER aka JEANETTE E. BRASIER aka JEANETTE ELAINE BRASIER, Husband and Wife, be, and hereby is, dismissed with prejudice, each party to bear its own costs and attorneys fees; and it is

FURTHER ORDERED, that a separate judgment against VANDER WEELE FARMS shall be entered forthwith, upon submission of papers in proper form by the United States, based upon the failure of Vander Weele Farms to appear or answer as found by the entry of the Clerk's default against them.

DATED this _____ day of _____, 2007, at Anchorage, Alaska.

_____
Honorable Ralph R. Beistline
U.S. District Court Judge