BARRY W. JACKSON
P. O. Box 70348
Fairbanks, AK   99707
(907) 456-7791
(907) 456-8005 - Fax
Attorney for Third Party Defendants
LYALL R. BRAISER and
JEANETTE E. BRASIER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FAIRBANKS INVESTORS, INC. ) | | Case No. F05-023 CV (RRB) |
| ) | | |
| Plaintiff, ) | | NON-OPPOSITION OF LYALL R. BRASIER |
| ) | | AND JEANETTE E. BRASIER TO REQUEST |
| v. ) | | OF THE UNITED STATES OF AMERICA |
| ) | | REQUEST FOR ORDER DISMISSING |
| UNITED STATES DEPARTMENT OF ) | | REMAINING CAUSE(S) OF ACTION AGAINST |
| AGRICULTURE, FARM SERVICE ) | | DEFENDANTS BRASIER |
| AGENCY, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Third Party Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| LYALL BRASIER aka LYALL R. ) | | |
| BRASIER, JR. aka LYALL RAYMOND ) | | |
| BRASIER, JR. and JEANETTE BRASIER ) | | |
| aka JEANETTE E. BRASIER aka ) | | |
| JEANETTE ELAINE BRASIER, ) | | |
| Husband and Wife; VANDER ) | | |
| WEELE FARMS; and FAIRBANKS ) | | |
| INVESTORS, INC., ) | | |
| ) | | |
| Third Party Defendants. ) | | |
| _____) | | |

1

The United States of America, Farm Service Agency (FSA), has filed its Status Report, dated July 26, 2007. On page 4 of the report, the U.S. Department of Agriculture (USDA) request entry of an order dismissing the remaining cause(s) of action against defendants Brasier. The proposed order, lodged contains an order that the Third Party Complaint against the defendants Brasier be dismissed with prejudice, each party to bear its own costs and attorney fees.

Defendants Brasier have no objection to the entry of the order as to them.

Defendants Brasier take no position on the proposed order as to Vander Weele Farms.

Respectfully submitted, August 1, 2007

/s/Barry W. Jackson  
Barry W. Jackson  
Attorney for Third Party Defendants  
Lyall R. Brasier and Jeanette E. Brasier

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2007,  
a copy of the foregoing Non-opposition of  
Lyle R. Brasier and Jeanette E. Brasier  
to Request of the United States of America  
Request for Dismissing Remaining Cause(s)  
of Action Against Defendants Brasier  
was served electronically via the ECF system  
on:

John J. Burns  
Borgeson & Burns PC  
100 Cushman Street #311  
Fairbanks, AK   99701

Daniel R. Cooper, Jr.  
Assistant U. S. Attorney  
Federal Building & U. S. Courthouse  
222 West Seventh Avenue, #9, Room 253

Anchorage, AK   99513-7567

Vander Weele Farms
P. O. Box 461
Palmer, AK   99645


/s/Diane Coughlan                               8/1/07
Diane Coughlan                                  Date

3