IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAIRBANKS INVESTORS, INC., | Case No. 4:05-cv-00023-RRB |
| Plaintiff, | ORDER FOR DISMISSAL |
| vs. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Third Party Plaintiff, | |
| vs. | |
| LYALL BRASIER aka LYALL R. BRASIER, JR. aka LYALL RAYMOND BRASIER, JR. and JEANETTE BRASIER aka JEANETTE E. BRASIER aka JEANETTE ELAINE BRASIER, Husband and Wife; VANDER WEELE FARMS; and FAIRBANKS INVESTORS, INC., | |
| Third Party Defendants. | |

The Court has received and reviewed the Status Report filed by

Defendant/Third Party Plaintiff, United States of America, Farm Service Agency,

(FSA).  The Court has not received any objection to the report.  Based upon the

Status Report, and the Court having heard no objection to the report, it is hereby

ORDERED, that the Third Party Complaint against LYALL BRASIER aka

LYALL R. BRASIER, JR. aka LYALL RAYMOND BRASIER, JR. and

JEANETTE BRASIER aka JEANETTE E. BRASIER aka  JEANETTE ELAINE

BRASIER, Husband and Wife, be, and hereby is, dismissed with prejudice, each

party to bear its own costs and attorneys fees; and it is

FURTHER ORDERED, that a separate judgment against VANDER

WEELE FARMS shall be entered forthwith, upon submission of papers in proper

form by the United States, based upon the failure of Vander Weele Farms to

appear or answer as found by the entry of the Clerk's default against them.

DATED this ___14___ day of August , 2007,  at Anchorage, Alaska.

_____

Honorable Ralph R. Beistline
U.S. District Court Judge

Fairbanks Investors v USDA, et.al.
4:05-cv-00023-RRB                    2