IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) Third Party Plaintiff, ) ) vs. ) ) VANDER WEELE FARMS, ) ) Third Party Defendant. ) | Case No. 4:05-cv-00023-RRB<br><br>DEFAULT JUDGMENT |

Default has been entered against the defendant Vander Weele Farms on the 6th day of June, 2006, in accordance with Rule 55 of the Federal Rules of Civil Procedure.  Counsel for plaintiff has requested judgment against the defendant and has filed a proper affidavit as to the relief sought by.

It is therefore ORDERED AND DECREED that:

1.  Judgment is hereby awarded in favor of plaintiff, United States of America, and against defendant, Vander Weele Farms, foreclosing all right, title and interest of Vander Weele Farms, as evidenced by their lien recorded November 14, 2003, as Instrument No. 2003-552461-1, Official Records of Alaska Department of Natural Resources Recorder's Office, in the following described personal property:

1 JD 4020 Tractor, 1968 S/N T213P168259R
1 JD 7020 Tractor, 1974 S/N T773R001085R
1 Case 800 Tractor, 1958 S/N B125265
1 NH 320 Baler, 1984 S/N 603680
1 IH Mil Truck, 1958 S/N FA26294E
1 IH Sturgis Truck, 1952 S/N 6351
1 Broco Potato Harvester, 1973
1 Lockwood Potato Planter S/N 1219
1 Lockwood Potato sorter
1 Northwest Potato Bagger
1 Lewis BP176 Potato Piler, 1977 S/N 202
1 MF 4 bottom Plow, 1974 S/N 1475000910
1 Oliver 5 bottom Plow
1 Schaffer 13 foot disk, 1978
1 Smizer Cultipacker, 1975
1 JD 12' Grain Drill, 1968 S/N 001263M
1 Speedy 12' Flail Chopper, 1976 S/N 741280048
1 NH 57 Side delivery rake, 1984 S/N 442321
1 Kuhn GR521 Tedder, 1984 S/N VO143
1 White Potato Truck, 1963 S/N AP09523
1 Freightliner Semi Tractor, 1971 S/N CA213HPO49437
1 Double L B50 Potato Harvester, 1993 S/N 657
1 Hassia 4 row Potato Planter, 1990 S/N 5773
1 Ford F250 4x4 Pickup, 1990 S/N 1FTHX26M4LKA78214
1 Bobcat 853 Skidsteer, 1993 S/N 510125836
1 Case 3594 Tractor, 1988 S/N 10377950
1 Century Sprayer
1 Trailmobile 40' Flatbed Trailer, 1974 S/N K64185
1 Homemade Potato Hiller/Cultivator
1 Spudnik 500 Potato Piler, 1977 S/N 1823-474
1 Spudnik Potato piler extension, 1977 S/N 1986
1 Freightliner Semi Tractor, 1988 S/N 1FUP2SYBOJP333469
1 Comet 28' Reefer Trailer, 1973 S/N 5-7312050
1 NH 415 Discbine Hay mower, 1996 S/N 895955
1 Caterpillar 50 KW Generator
4 Unknown 1/4 Mile Wheel Lines
9 12'x20' Culvert Pipe

1 5HP V209 electric
1 Irrigation Equipment, Various

Each party shall bear their own costs and attorney's fees.

DATED this 12th day of February, 2007, at Fairbanks, Alaska.

s/RALPH R. BEISTLINE
Honorable Ralph R. Beistline
U.S. District Court Judge